**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| PETER MICHAEL GUEVARA, | Case No. 26-CV-1088 (NEB/SGE) |
| Petitioner, | |
| v. | |
| LAURA PROVINZINO; MICHELLE MARGOLES; JOHN CHOI; and UNKNOWN FEDERAL OFFICIALS AND SUPERVISORY OFFICIALS (DOES 1-10), in their official capacities only, | ORDER |
| Respondents. | |

---

Peter Michael Guevara, a prisoner proceeding pro se, has federal and state child-pornography convictions. Guevara filed a petition for writ of mandamus asking the Court to order state and federal officials to investigate perceived misconduct during Guevara's prosecutions. (ECF No. 1.)

On preliminary review, United States Magistrate Judge Shannon G. Elkins recommends denying the petition as frivolous. (ECF No. 5.) As Judge Elkins explains, a writ of mandamus "is intended to provide a remedy for a plaintiff only if he has exhausted all other avenues of relief and only if the defendant owes him a clear nondiscretionary duty." *Heckler v. Ringer*, 466 U.S. 602, 616 (1984) (citations omitted). But the petition asks the Court to compel *discretionary* duties—the initiation of investigations. The petition is doubly problematic as to state officials, as the writ does not apply to them. 28 U.S.C. § 1361.

Guevara objects to the Report and Recommendation and moves for leave to amend. (ECF No. 10.) Although difficult to discern, nothing in the objection, motion, or proposed amended complaint impact Judge Elkins's thorough analysis. Instead, Guevara's filings evidence a misunderstanding of the writ of mandamus. The petition and proposed amendment are also conclusory, and the Court cannot take Guevara's word that evidence is not being preserved or that an investigation is necessary.

The Court thus overrules the objection and denies the motion for leave to amend as futile. *See Hillesheim v. Myron's Cards & Gifts, Inc.*, 897 F.3d 953, 955 (8th Cir. 2018).

**CONCLUSION**

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.  Guevara's objection (ECF No. 10) is OVERRULED;

2.  The Report and Recommendation (ECF No. 5) is ACCEPTED;

3.  The petition for a writ of mandamus of petitioner Peter Michael Guevara (ECF No. 1) is DENIED;

4.  This matter is DISMISSED pursuant to 28 U.S.C. § 1915A(b);

5.  Guevara's application to proceed in forma pauperis (ECF No. 2) is DENIED AS MOOT;

6.  Guevara's order for prison officials to be directed to provide a copy of his prison trust account statement (ECF No. 3) is DENIED AS MOOT;

7. Guevara is directed to pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to the authorities at the institution where Guevara is confined;

8. Guevara's Motion for Leave to Amend (ECF No. 10) is DENIED;

9. Guevara's Motion to Preserve Evidence (ECF No. 12) is DENIED AS MOOT; and

10. Guevara's Motion to Update Official Mailing Address (ECF No. 11) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 1, 2026                                          BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge